**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**ODELL HORTON FEDERAL BUILDING**
**and UNITED STATES COURTHOUSE**
**167 N. MAIN STREET, ROOM 262**
**MEMPHIS, TENNESSEE 38103**

WENDY OLIVER,                                                          JASON KADZBAN
CLERK OF COURT                                                   CHIEF DEPUTY, MEMPHIS

October 29, 2025

Clerk, U. S. District Court
Northern District of Mississippi

RE:      USA v. **Herbert Luellen**
         Your Case #    **3:18CR00103-8**
         Our Case # **2:25-mj-00056-atc-1**

Dear Clerk:

        Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the Northern District of Mississippi and appeared before United States Magistrate Judge Annie T. Christoff on October 29, 2025.

[ **X** ]  The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[   ]  The defendant has been released on a ROR bond and ordered to appear in your district on the following date:

All documents completed in this district may be accessed via PACER  and at our website at: https://ecf.tnwd.uscourts.gov.

                                                            Thank you,

                                                            WENDY OLIVER, CLERK

                                                            BY:     s/ Vallonda Pettway
                                                                     Vallonda Pettway, Case Manager
                                                                     (901) 495-1254